No. 140. PARK SQUARE AUTOMOBILE STATION, PLAINTIFF IN ERROR, *v.* AMERICAN LOCOMOTIVE COMPANY. In error to the District Court of the United States for the Northern District of New York. Argued April 24, 1917. Decided April 30, 1917. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *McLish* v. *Roff,* 141 U. S. 661; *Bender* v. *Pennsylvania Company,* 148 U. S. 502; *McDonnell* v. *Jordan,* 169 U. S. 734; *Heike* v. *United States,* 217 U. S. 423. *Mr. Edward C. Stone* for plaintiff in error. *Mr. Robert G. Dodge, Mr. Moorfield Storey* and *Mr. Reginald H. Johnson* for defendant in error, submitted.

No. 195. WILLIAM W. WITHNELL, M. CECILE WITHNELL, HIS WIFE; MAUD E. HAGER ET AL., PLAINTIFFS IN ERROR, *v.* WILLIAM R. BUSH CONSTRUCTION COMPANY. In error to the St. Louis Court of Appeals, State of Missouri. Argued April 23, 1917. Decided April 30, 1917. *Per Curiam.* Judgment reversed with costs upon the authority of *Gast Realty Company* v. *Schneider Granite Company,* 240 U. S. 55. *Mr. Clifford B. Allen* and *Mr. Edmund T. Allen* for plaintiffs in error. *Mr. Edward C. Kehr* for defendant in error, submitted.